**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**NORMAN GRIGSBY, #116130**                                                **PETITIONER**

**VERSUS**                             **CIVIL ACTION NO. 3:09-cv-531-HTW-LRA**

**LAWRENCE KELLY, Superintendent of MSP**                   **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that Petitioner's request for habeas corpus relief is denied and this cause is dismissed with prejudice.

SO ORDERED, this the 25th day of November, 2009.

                                       **s/ HENRY T. WINGATE
                                       CHIEF UNITED STATES DISTRICT JUDGE**